**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **THE INDEPENDENT ORDER OF FORESTERS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:25-cv-01860-GCS** |
| | ) | |
| **RITA GRASKEWICZ and DONALD E. GRASKEWICZ,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATED CONSENT ORDER AND JUDGMENT**

**THIS MATTER**, having come before the Court pursuant to this Stipulated Consent Order and Judgment, the Parties being in agreement as to the relief ordered below and the Court being otherwise fully advised in the premises,

**THE COURT FINDS AS FOLLOWS**:

1.      On October 3, 2025, The Independent Order of Foresters ("Foresters") filed its Complaint for Interpleader pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1332(a)(2), to resolve the competing claims to the proceeds of a life insurance policy, designated Certificate No. 8721838, that insured the life of John R. Graskewicz (the "Certificate"). (Doc. No. 1).

2.      On October 16, 2025, this Court granted Foresters' Motion to Deposit its Admitted Liability into the registry of the Court (Doc. No. 12), and on November 14, 2025, the Court entered an Amended Order Granting Motion to Deposit Funds (Doc. No. 22).

3.      On or about November 20, 2025, Foresters deposited its admitted liability under the Certificate in the amount of $102,175.16, including contractual interest, into the Registry of the Court, subject to ultimate disposition by this Court.

4.      Foresters has acted in good faith by interpleading its admitted liability under the Certificate's death benefit and depositing the same with the Clerk of the Court, and Foresters has done all that is required by law to perfect its Interpleader action.

**IT IS THEREFORE ORDERED AS FOLLOWS**:

A.  Defendants, Rita Graskewicz and Donald E. Graskewicz, their agents, assigns, attorneys, heirs, and legatees, and each of them, are enjoined during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against The Independent Order of Foresters in any state or federal court or other forum in connection with Certificate No. 8721838, whether on the account of the death of John R. Graskewicz or otherwise, and said injunction issue without bond or surety;

B.  Judgment will be entered for The Independent Order of Foresters on its Complaint for Interpleader as it has no further liability to the defendants, Rita Graskewicz and Donald E. Graskewicz, their agents, assigns, attorneys, heirs, and legatees, or to any of them, or to any other person or entity claiming through them, in connection with Certificate No. 8721838, whether on the account of the death of John R. Graskewicz or otherwise;

C.  The Independent Order of Foresters is excused from further attendance on this cause and defendants, Rita Graskewicz and Donald E. Graskewicz, their agents, assigns, attorneys, heirs, and legatees, and each of them, are ordered to litigate their claims and contentions to any benefits under Certificate No. 8721838 without further involving The Independent Order of Foresters, except in the limited capacity of a third-party respondent in discovery as permitted under the Federal Rules of Civil Procedure if the need would arise; and

D.  The Independent Order of Foresters is awarded the costs it incurred in connection with prosecuting this Interpleader action, such costs to be deducted from the amount deposited with the Court or its clerk in the amount of $406.50.

**IT IS SO ORDERED.**

**DATED: December 17, 2025.**

Digitally signed by Judge Sison
Date: 2025.12.17 12:13:47 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**

2

SO STIPULATED BY THE PARTIES:

**THE INDEPENDENT ORDER OF FORESTERS**

By:    /s/ *Joseph R. Jeffery*
Joseph R. Jeffery (jjeffery@cmn-law.com)
Heidi A. Kutchek (hkutchek@cmn-law.com)
Chittenden, Murday & Novotny LLC
303 W. Madison Street, Suite 2400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)

**RITA GRASKEWICZ**

By: */s/ Timothy Keller (with consent)*
Timothy Keller
Illinois Bar No. 6225309
Roderick Throgmorton
ASCHEMANN KELLER, LLC
300 North Monroe Street
Marion, Illinois 62959-2326
Telephone: (618) 998-9988
Facsimile: (618) 993-2565
tkeller@quitamlaw.org
rthrogmorton@quitamlaw.org

**DONALD E. GRASKEWICZ**

By: */s/ A. Courtney Cox (with consent)*
A. Courtney Cox, #6182590
101 West Vandalia St., Ste. 300
Edwardsville, IL 62025
618-659-9861
618-659-9862 (Fax)
ccox@sandbergphoenix.com

3