THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *THE INDEPENDENT ORDER OF FORESTERS,*<br><br>           Plaintiff,<br><br>v.<br><br>*RITA GRASKEWICZ and DONALD E. GRASKEWICZ,*<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  Cause No. 3:25-cv-01860-GCS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND HIPAA-QUALIFIED PROTECTIVE ORDER

This Stipulation and Health Insurance Portability and Accountability Act of 1996 ("HIPAA")-Qualified Protective Order is brought pursuant to Federal Rules of Civil Procedure 29(b) and entered into by the parties, by and through their undersigned counsel, and shall govern the designation and handling of Protected Health Information ("PHI") in this action. The Court, being fully advised and for good cause shown, enters the following ORDER:

Accordingly, it is hereby **ORDERED**:

    1.    All medical or other health records containing PHI produced by the parties to this litigation are produced subject to this Order.

    2.    This Order also applies to any records containing PHI produced by a covered entity, as defined by 45 C.F.R. 160.103, which has received a request or subpoena for protected health information.

    3.    During the course of this litigation, it may be necessary for the parties or their attorneys to disclose PHI of Decedent, John Graskewicz, as that term is defined under the

HIPAA and the Federal Regulations promulgated pursuant to said Act. The disclosure of such PHI is subject to the following conditions:

 (a) All PHI disclosed by any of Decedent John Graskewicz's, healthcare providers shall be used for the sole purpose of preparing for or conducting this litigation, including but not limited to investigation, consultation, discovery, depositions, trial preparation, trial, appeal, resolution, mediation, or uses incidental to the proceeding in this case and shall not be disclosed or revealed to anyone not authorized by this Protective Order.

 (b) PHI pursuant to this HIPAA Qualified Order may include information related to sexually transmitted disease, genetic testing, HIV, behavioral or mental health services, and treatment for alcohol and drug abuse.

 (c) PHI may be disclosed without further notice by any covered entity or healthcare provider, party or party's attorney, to:

  (1) The parties themselves, the parties' attorneys, experts, consultants, any witness or other person retained or called by the parties, treating physicians, other healthcare providers, insurance carriers, or other entities from whom damages, compensation, or indemnity is sought and any entity performing, monitoring, or providing adjustment activities on behalf of such insurance carrier or other entity and/or

41406952.v1

    their employees, agents, or third party administrators for any of the parties involved in the litigation; court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of the above.

(2) The parties, and each entity governed by this Order, shall either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made after completion of the litigation and any related appeals; provided, however, that said protected health information may be retained in the files of the entities listed in paragraph (c)(1) above and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

SO STIPULATED.

Dated: December 18, 2025

**DONALD E. GRASKEWICZ**

By: */s/ Courtney Cox*
A. Courtney Cox, #6182590
101 West Vandalia St., Ste. 300
Edwardsville, IL 62025
618-659-9861
618-659-9862 (Fax)
E-mail: ccox@sandbergphoenix.com

**RITA GRASKEWICZ**

By: */s/ Timothy Keller*
Timothy Keller
 Illinois Bar No. 6225309
Roderick Throgmorton
ASCHEMANN KELLER, LLC
300 North Monroe Street
Marion, Illinois 62959-2326
Telephone: (618) 998-9988
Facsimile: (618) 993-2565
E-Mail: tkeller@quitamlaw.org
   rthrogmorton@quitamlaw.org

41406952.v1

**IT IS SO ORDERED.**

**DATED: December 30, 2025.**

Digitally signed by
Judge Sison
Date: 2025.12.30
11:42:52 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**

41406952.v1